## NEW HAVEN COUNTY, AUGUST TERM, A. D. 1784.

### IVES V. GILBERT, EXECUTOR TO DORMAN.

A promise to pay for boarding a son two years, not within the Statute of Frauds, etc.

ACTION of assumpsit, upon a parol promise made by said Dorman in his lifetime, to pay the plaintiff for boarding his

son two years; while he should live with the plaintiff, as an apprentice, to learn the practice of physic; and avers that he boarded said son two years as aforesaid, and that he had never been paid, etc.

The defendant plead in bar — The Statute against Frauds and Perjuries, and averred, that said promise was not to be performed within one year from the making of it; and that there was no note or memorandum made of said promise in writing.

The plaintiff demurred to the plea in bar — And the judgment of the court was, that the plea in bar is insufficient: For the consideration had continuance to the end of the two years; and it is a contract executed on the part of the plaintiff, and so not within the statute.